Appeal Dismissed and Opinion Filed October 4, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01198-CR

### THE STATE OF TEXAS, Appellant

### V.

### DYMON LAMONT SMITH, Appellee

**On Appeal from the Criminal District Court No. 5
Dallas County, Texas
Trial Court Cause No. F10-56756**

# MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant, the State of Texas, has filed a motion to dismiss the appeal. The motion is signed by an attorney for the State of Texas. The Court **GRANTS** the motion and **ORDERS** that the appeal be **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47